IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN CAETANO,** | 1:15-cv-00832 LJO MJS HC |
| Petitioner, | **ORDER REQUIRING RESPONDENT TO FILE RESPONSE** |
| **v.** | **SIXTY (60) DAY DEADLINE** |
| **S. PEERY,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 8, 2017, the Court denied Respondent's motion to dismiss without prejudice, and referred the matter to the assigned Magistrate Judge for further proceedings. Accordingly, Respondent is hereby ordered to file a response to the petition within **sixty (60) days** of the date of service of this order. The filing of any responding opposition, traverse, or reply shall be made in accordance to the instructions set forth in the briefing schedule previously issued by this Court on June 3, 2015. (Briefing Schedule, ECF No. 6.)

IT IS SO ORDERED.

Dated:   February 10, 2017          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28