# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN CAETANO, | 1:15-cv-0832-LJO-JDP (HC) |
| Petitioner, | **ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL** |
| v. | |
| S. PEERY, | (ECF Nos. 75-76) |
| Respondent. | |

The Court has reviewed Petitioner Nathan Caetano's request for a thirty-day extension of time to file a notice of appeal. ECF Nos. 75-76. The motion is GRANTED *nuc pro tunc* for the reasons set forth in the magistrate judge's May 8, 2018 Order. ECF No. 80.

IT IS SO ORDERED.

    Dated: __**June 1, 2018**__            _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES CHIEF DISTRICT JUDGE